UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

13 APR 24 PM 12:51

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>LORENZO MAGANA-MENDOZA,<br><br>              Defendant. | CASE NO. 13CR0223-AJB<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

    8 USC 1326(a)and(b) - Attempted Reentry of Removed Alien (Felony)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 04/22/13

                                    Anthony J. Battaglia
                                    U.S. District Judge